Larry Blakney #34750171
Plaintiff

v.s

United States of America
AND
Hartsville S.C Police Department
Defendant

Case No. _____

Unlawful Surveillance and Outrageous Government Conduct

Federal Tort Claim
28 U.S.C § 1346(b)

Outrageous Government Conduct and Unlawful Surveillance

## Parties and Jurisdiction

1.) Plaintiff brings this action against Defendant, the United States of America, pursuant to the Federal Tort Claim Act, so that this Court has jurisdiction of the subject matter of this action pursuant to 28 USC § 1346(b)

2.) This is a civil rights action brought pursuant to 42 U.S.C § 1983 to redress plaintiff rights under the Fourth, Eighth and Fourteenth Amendment to the United States Constitution and under the color of state law of rights

3.) The Court also has jurisdiction of this action pursuant to 28 U.S.C § 1331, 28 U.S.C § 1343(a)(3)(4) Supplemental Jurisdiction 28 U.S.C § 1367

4.) The Plaintiff Larry Blakney is pre-trial detainee housed at the Federal Medical Center of Butner N.C. Street address is 1000 Old Highway N.C 75, Butner North Carolina 27509

5.) The Defendant, by and through its Agency, the Department of Justice of Raleigh North Carolina located at 310 New Bern Avenue, Raleigh North Carolina 27601 is as of now and has been conducting a unlawful surveillance under the authorization of the Attorney General of Raleigh North Carolina Josh Stein

Defendant complex Warden T. Scarantino of the Federal Medical Center of Butner N.C is located at 1000 Old Highway N.C 75 Butner N.C 27509

Attorney _____ Street address 114 West Edenton, Raleigh N.C 27603

Defendant Chief James Hudson of the Hartsville S.C. Police Dept. for the Hartsville S.C. Police Department, 135 West Carolina Avenue Hartsville S.C. 29550

6.) Plaintiff also brings this action against Defendant, by and through its agency, the Federal Medical Center of Butner North Carolina, its keeper, warden, and supervisor T. Scarantino for deliberate indifference of aiding and abetting the unlawful electronic surveillance. See Failla, 146 F.3d at 158 and wrongful misconduct

7.) Plaintiff brings this action against Defendants Attorney General Josh Stein of Raleigh North Carolina, and the Complex Warden T. Scarantino of the F.M.C of Butner North Carolina, acting as the agents, servants, and employees of Defendant, the United States of America, in the course of thier employment, who along with other agents, servants, and employees of the Defendant the United States of America known to Defendant, the United States of America, but unknown to Plaintiff, committed the acts of negligence that are set forth more fully below;

8.) As a result of the fault of the Defendants, by and through their agents, servants and employees, acting within the scope of thier employment, Plaintiff is suffering mental cruelty, mental anguish, emotional distress, humiliation, embarassment, unreasonable fear from "IMMINENT THREATS" of danger and the fear of loosing his life through death threats

9.) These injuries resulted from the negligence of the agents, servants and employees, acting within the scope of thier employment, as follows:

A.) On September 16, 2020, Plaintiff was committed to the Federal Medical Center of Butner N.C in pursuant 18 U.S.C§ 4241(d) for a competency to stand trial evaluation, for that purpose and that purpose only, but contrary;

B) Plaintiff was put under investigation through a means of electronic surveillance upon his day of arrival to the F.M.C of Butner N.C through the Foreign Intelligence Surveillance Act in pursuant to 50 U.S.C § 1801; 18 U.S.C § 2510; 18 U.S.C § 3132; and 18 U.S.C § 2701 under the requirements of Fed. R. Crim. P. 41(b) See. United States v. Falls 34 F.3d 674 (8th Cir. 1994) under the authorization of the U.S. District Court for the Eastern District of North Carolina (Western Division) in which is also the Department of Justice for Raleigh, North Carolina, through application of Attorney General Josh Stein in pursuant to 18 U.S.C § 2516; 18 U.S.C § 2518

C) The designate Attorney General Josh Stein deployed the electronic surveillance so that the plaintiff could be investigated by the Hartsville S.C Police Department under the authorization of the Chief Jame Hudson in whom supervise the Hartsville S.C police personnel, the designate Attorney General Josh Stein is intentionally and willfully violating the plaintiff constitional rights See. West v. Atkins, 487 U.S. 42, 48, 108 S. Ct. 2250 101 L. Ed 2d 40 (1988); Iqbal, 556 U.S. at 676 See. Monell v. Dep't of Soc. Servs, 436 U.S. 658, 691-92 (1978) and the Complex Warden T. Scarantino of the F.M.C of Butner N.C is aiding and abetting for allowing the constitutional deprivation to take place out of deliberate indifference at the prison in which he supervise. See. Failla, 146 F. 3d at 158 By willfully and intentionally aiding the unlawful electronic surveillance and the misconduct that its being deployed at the Federal Medical Center, along with Chief James Hudson and the Hartsville S.C police personnel

D) The designate Attorney General Josh Stein has deployed the electronic surveillance at the F.M.C of Butner, so that the plaintiff can be watched by the Hartsville S.C police personnel and so that they can communicate with him through the "FISA" and allow the general public of Hartsville S.C to be in attendance of the "FISA" for the same purpose, but contrary to an investigation they're using the FISA to facilitate inhumane, cruel and vague acts of "imminent threats" and to invade and watch the plaintiff every move at the prison. So they're Case: 5:22-ct-03346-D Document 1 Filed 09/13/22 Page 3 of 6 rules about him being ugly and making attempts to provoke inmates to pick on him

THEY USING THE "FISA" TO BE HEARD PICKING ON THE PLAINTIFF AND TO PROVOKE THE INMATES TO PICK ON HIM AND CAUSE DANGEROUS CONFRONTATIONS AT THE PRISON SO THEY CAN DELIBERATELY INFERE WITH THE PLAINTIFF

E). THE DESIGNATE ATTORNEY GENERAL JOSH STEIN IS USING THE "FISA" SO THAT THE PLAINTIFF CAN BE WATCHED IN HIS JAIL CELLS WHICH HOLDS HIS TOILET IN A INDIFFERENCE ACT OF ALLOWING HIM TO BE WATCH BY EVERYONE IN ATTENDANCE TO SURVEILLANCE AS HE URINATE AND DEFECATE EXPOSING HIS GENITAL AND ANAL SECTION TO THE HARTSVILLE SC POLICE AND THE PEOPLE OF THE GENERAL PUBLIC THAT WATCHING HIM THROUGH THE "FISA" IN VIOLATION OF HIS CONSTITUTIONAL RIGHT TO PRIVACY, IN THE CONTEXT OF THE FOURTH AMENDMENT OF THE UNITED STATES CONSTITUTION A UNLAWFUL ELECTRONIC SURVEILLANCE IS THE SAME AS A UNREASONABLE SEARCH AND SEIZURE WHEN FACILITATED IN A LOCATION WHERE THE INDIVIDUAL HAS A LEGITIMATE EXPECTATION OF PRIVACY. SEE. BALLY v. FRESHOUR, 905 F. 3d 912, 914 (5TH CIR. 2018)(QUOTING UNITED STATES v. JONES, 565 U.S. 400, 407, 132 S. Ct. 945, 181 L. Ed. 2d 911 (2012) CITING BYRD v. UNITED STATES, 138 S. Ct. 1518, 1527, 200 L. Ed. 2d 805 (2018) "BEAUDION, 979 F. 3d AT 1097 (ELLIPSIS OMITTED) EXPOSING HIS PRIVATE VESSELS

F) THE DESIGNATE ATTORNEY GENERAL JOSH STEIN ACTING WITHIN THE SCOPE OF HIS EMPLOYMENT AS THE DEFENDANT, THE UNITED STATES OF AMERICA IS AS OF NOW AND HAS BEEN USING THE F.I.S.A SO THAT THE PEOPLE IN ATTENDANCE THEREOF CAN BE HEARD HARASSING THE PLAINTIFF AT THE F.M.C OF BUTNER N.C WITH "IMMINENT THREATS" OF INFLICTING HIM WITH SERIOUS BODILY INJURIES OF DEATH IF HE DON'T REMOVE HIS YOUTH PASTORAL POSITION FROM HIS FACEBOOK PAGE "GATE MOVEMENT RECORDS" THE DELIBERATE INDIFFERENCE OF THE IMMINENT THREATS OF DANGER IS CAUSING THE PLAINTIFF TO BE AWARE OF HIS SAFETY AND IS SERIOUSLY AFFECTING HIS HEALTH DO TO MENTAL CRUELTY THAT'S CAUSING HIM TO SUFFER MENTAL ANGUISH FROM BE DEPRIVED OF HIS EIGHTH AMENDMENT RIGHTS OF THE UNITED STATES CONST. THE RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT. SEE. WHITLEY v. ALBERS, 475 U.S. 312, 319, 106 S. Ct. 1078, 89 L. Ed 2d 251 (1986) AS WELL AS THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION THE EQUAL PROTECTION OF THE LAW AS WELL AS THE DUE PROCESS CLAUSE THEREOF. SEE KINMAN V. OMAHA PUB. SCH. DIST. 171 F. 3d 607, 611 (8TH CIR. 1999) CITATION OMITTED ALSO SEE HOWARD v. KANSAS CITY POLICE DEPT. 570 F. 3d 984, 988 (8TH CIR 2009)

G.) THE ATTORNEY GENERAL JOSH STEIN ACTING WITHIN THE SCOPE OF HIS EMPLOYMENT, ALONG WITH COMPLEX WARDEN OF THE FMC OF BUTNER N.C. T. SCARANTINO ACTING AS THE DEFENDANTS, THE UNITED STATES OF AMERICA, AND THE DEFENDANT CHIEF JAMES HUDSON CHIEF AND COMMISSIONER OF THE DEFENDANT, THE HARTSVILLE S.C POLICE DEPARTMENT IS ALSO IN VIOLATION OF THE FOURTEENTH AMENDMENT (DUE PROCESS CLAUSE) WHICH GOVERNS CONDITIONS OF PRISONS SEE. HUBBARD v. TAYLOR, 399 F. 3d 150, 166 (3d. Cir. 2005) AND THE CONFINEMENT OF THE PRISON BY COMMITTING THE VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS WITH DELIBERATE INDIFFERENCE OF OF HIS SAFETY AND HEALTH BY USING THE "F.I.SA" TO INTIMIDATE HIM WITH DEATH THREATS "IMMINENT THREATS" OF DANGER THAT'S CAUSING HIM TO SUFFER UNREASONABLE FEAR, MENTAL CRUELTY AND MENTAL ANGUISH IN THE PRISON COFINEMENT. SEE BELL v. WOLFISH, 441 U.S. 520, 538, 99 S. Ct. 1861, 60 L. Ed 2d 447 (1979) THROUGH THE UNCONSTITUTIONAL DEPRIVATION, THE EQUAL PROTECTION OF THE FOURTEENTH AMENDMENT COMMANDS THAT NO STATE SHALL DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTIONS OF THE LAWS, WHICH IS ESSENTIALLY A DIRECTION THAT ALL PERSONS SIMILARLY SITUATED SHOULD BE TREATED ALIKE. "CITY of CLEBURNE v. CLEBURNE LIVING CTR. 473 U.S. 432, 439, 105 S. Ct. 3249, 87 L. Ed 2d 313 (1985) FOR PRISONERS EQUAL PROTECTION. SEE MACK v. WARDEN LORETTO FCI, 839 F. 3d 286 (3d. Cir. 2016) (CITING HASSAN v. CITY OF NEW YORK, 804 F. 3d 277, 294, 298 (3d Cir. 2015) THE PLAINTIFF IS RECIEVING TREATMENT CONTRARY TO THE OTHER INMATES AROUND HIM DO THE UNLAWFUL SURVEILLANCE AND OUTRAGEOUS GOVERNMENT CONDUCT AT THE PRISON

H.) DEFENDANTS, BY THIER ABOVED ACTIONS FAILED TO ABIDE BY THE CONSTITUTION AND THE LAWS UNDER THE color OF ~~LAW~~, THE REGULATIONS AND CUSTOMS AS REQUIRED BY EVERY CITIZEN OF THE UNITED STATES

10.) AS A RESULT OF THESE ACTS OF NEGLIGENCE, PLAINTIFF IS AS OF NOW AND HAS BEEN DEPRIVED OF HIS CONSTITUTIONAL RIGHTS, HAS SUFFERED GREAT MENTAL ANGUISH DO TO MENTAL CRUELTY, THE PLAINTIFF ALSO SUFFERED HUMILIATIONS, EMBARASSMENTS, UNREASONABLE FEAR DO TO THE "IMMINENT THREATS" OF DANGER THAT'S PUTTING HIM IN FEAR OF HIS SAFETY AND IS EFFECTING HIS MENTAL HEALTH PLAINTIFF HAS SUFFERED INJURY TO HIS GOOD NAME AND REPUTATION, ALL TO PLAINTIFF DAMAGES

11.) The Plaintiff is filing a claim in the sum of $7,500,000 from the Federal Agencies the Department of Justice of Raleigh N.C as well as the Federal Medical Center of Butner North Carolina. The Plaintiff is filing a seperate claim of $7,500,000 from the Hartsville S.C Police Department

## PRAYER

Plaintiff request that this Court render judgment against the Defendants;

A.) In the sum to be shown at trial, but in no event less than $15,000,000, compensatory, punitive, and nominal relief

B.) Including whatever pre-and post judgment interest may be allowed by law; and that

C.) Plaintiff be awarded cost of suit and whatever other relief is deem appropriate by Court

## Certification of Service

I hereby certify that this complaint was mailed postage paid to the U.S District Clerk Office

DATE: 9/8/2022      SIGNATURE: Larry Blakney

I have read the foregoing complaint; and the allegation are true and correct to the best of my knowledge, information and belief

Larry Blakney